STATE OF LOUISIANA　　　　　*　　　NO. 2019-KA-0609

VERSUS　　　　　　　　　　*　　　COURT OF APPEAL

ERNEST C. THIBODEAUX, JR.　　*　　　FOURTH CIRCUIT

　　　　　　　　　　　　　　*　　　STATE OF LOUISIANA

　　　　　　　　　　　　　　*

　　　　　　　　　　　　　　*
* * * * * * *


LEDET, J., CONCURS IN THE RESULT